U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JUN 13 2025
CLERK



# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

__________ Division

Chief 2 Eagles

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

See Attached Certificate of Interested Parties

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Chief 2 Eagles | | |
| Address | 699 HWY 409 | | |
| | Slaughter | La | 70777 |
| | *City* | *State* | *Zip Code* |
| County | East Feliciana Parish | | |
| Telephone Number | 302-983-6544 | | |
| E-Mail Address | chief2eagles@att.net | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | State of Louisiana Administration Office of The Governor | | |
| Job or Title *(if known)* | | | |
| Address | PO Box 94004 | | |
| | Baton Rouge | La | 70804 |
| | *City* | *State* | *Zip Code* |
| County | East Baton Rouge Parishj | | |
| Telephone Number | 225-342-0991 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Attorney General Liz Murrill | | |
| Job or Title *(if known)* | Attorney General | | |
| Address | 1885 North Third Street | | |
| | Baton Rouge | La | 70802 |
| | *City* | *State* | *Zip Code* |
| County | East Baton Rouge | | |
| Telephone Number | 877-297-0995 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Louisiana Department of Wildlife & Fisheries - Tyler M. Bosworth |
| Job or Title *(if known)* | Secretary |
| Address | 2000 Quail Drive |
| | Baton Rouge (*City*) La (*State*) 70898 (*Zip Code*) |
| County | East Baton Rouge |
| Telephone Number | 225-765-2800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Jeff Williams |
| Job or Title *(if known)* | East Feliciana Parish Building Inspector |
| Address | 12064 Marston Street |
| | Clinton (*City*) La (*State*) 70722 (*Zip Code*) |
| County | East Feliciana Parish |
| Telephone Number | 225-683-8577 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Louisiana Purchase Treaty, Article VI of The U.S. Constitution, Treaty of Hopewell, Treaty of Nogales, Treaty of Pensacola, Treaty of Mobile. Depravivation of Treaty Rights under the Color of Law, 1983, 1985, 1986, Anti Trust U.S.C. 15 s/s 1 & 2, Domestic Terrorism 18 U.S.C. s/s 2331 (5)(B)(ii), Unconstitutional Lecensing Schemes Commerce Clause & Tenth Ammendment, Monetary Violation Article I Section 10 Tender of Gold & Silver ONLY, UNDRIP, CPPCG, UNCAT, E.O. 13107 & 14219, Human Rights Violations

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The State of Louisiana Et Al, has Colluded and Conspired (RICO) with the Department of Wildlife and Fisheries, The Attorney General Liz Murrill, & Samual Raunch III with NOAA Fisheries, have deprived me of Treaty Fishing Rights under the Color of Law. Jeff Williams Building Inspector with East Feliciana Parish Police Jury has Coluded & Conspired with multiple attorneys and State Building Officials to Deprive & Violate my Allodial / Land Patent Grant Rights Under The Color of Law. Which also makes this a RICO Claim

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

They occured in the Parish of East Feliciana Parish & East Baton Rouge Parish.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The Collusion, Conspiricy, & Deprivation of my Treaty Fishing Rights has been ongoing since 2018. The Collusion, Conspiricy & Deprivation of my Allodial Title / Land Patent Grant has been ongoing since March of 2025. Both of these claims are STILL ongoing.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Under The Color of Law, with a multitude of State actors are commiting Collusion, Conspiricy, (RICO) The State of Louisiana Et, Al Is refusing to accept my Tribal ID as proper Identification & Refuses to allow me to sustance hunt, trap, fish, & gather under the above mentioned Treaties, I have made them aware multiple times of Article VI of the U.S. Constitution Supremacy Clause which they completly agree with but ignore. This is an Act of Treason & Genocide. The State has recognized that we are a Domestic, Dependant, Sovereign Nation, but is still denying me & members of the Louisiana Band of Choctaw Indians the Treaty Rights the United States Government agreed to in Article VI of The Louisiana Purchase Treaty in 1803. This is still ongoing as of 06-13-2025.

Under The Color of Law, Conspiricy, & Collusion with multiple State Building Officials & Attorneys (RICO) Jeff Williams / The Building Inspector & Dixie Eletric Membership Corporation are deprived my Allodial Title / Land Patent Grant by forcing me to pay a $125.00 permit fee and are currently depriving me of the electricity to power my water well forcing me to stay connected to the Parish water supply.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries are Deprivation of Sustance, Treaty Rights, Water Rights, Acts of Treason, Acts of Genocide against Indigenous People. I am only seeking the BASIC RIGHT OF SURVIVAL !!! The DAMAGE to myself,my wife, my children, and the Members of The Sovereign Nation of The Louisiana Band of Choctaw Indians is SEVERE, CRUEL, TORTURES, INHUMANE, STARVATION, Forced into Commerce against Treaty Rights, Mental Anguish, Severe HARDSHIP, With MALICE & INTENT to Cause HARM & HARASSMENT. These Acts are infringement of Basic Human LIFE, Against the U.S. Constitution for Life, Liberty, and The Pursuit of Happiness. The acts are ETREMLY HURTING to OUR Indigenous Peoples Rights of Cultural, Religous, Educational, Tribal Sustance. I Can only say if the shoe were on the other foot and I was commiting the very same acts against the State & Federal Government I would be Criminally Charged and put in JAIL FOR LIFE. (So let that sink in for a moment) I would ask that the Court & Judge be mindful of Equal Application of the LAW, and to Uphold The United States Constitution. It is also very damaging to have to endure this legal remedy. The YEARS of TORTURE and SUFFERING has to STOP.

One Final point Under 28 U.S.C. s/s 636(b)(1)(B) a Article 1 Magistrate Judge does NOT have Judicial Authority over ANY TREATY, Only a Article 3 Judge can determine Treaty Rights. To have a Article 1 Magistrate Judge issue a report or recomendation would only cause further injury, as it will only prolong the illegal acts and suffering.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Hold an EMERGENCY HEARING for Acts of Genocide & Domestic Terrorism against Chief 2 Eagles and the Sovereign Nation of The Louisiana Band of Choctaw Indians;
I would like the Court to issue an IMMEDATE ORDER for the State to COMPLY with ALL TREATY RIGHTS;
Assume origional jurisdiction over this Bill of Equity;
Declare Respondants' actions unlawful and void as it is against the Supreme LAW of The LAND;
Enjoin all licensing, penalties, and coercive regulations targeting Tribal Nations;
Direct full restitution per lawful gold-based valuation;
Award 10,000 pounds of gold against NOAA Fisheries, Samuel Raunch III, & The State Et, Al;
Award 5,000 pounds of gold against East Feliciana Parish Police Jury & Building Inspector Jeff Williams and DEMCO;
Issue an Immediate Cease & Desist Order to ALL Parties for Deprivation of Rights Under The Color of LAW;
Order an investigation into Criminal Acts Against Chief 2 Eagles & the Tribal Members of The Sovereign Nation of The Louisiana Band of Choctaw Indians;

(Judicial Notice) Under Article III Clause 2 of The U.S. Constitution as I am considered a Consule, Minister, Chief of a Foreign Nation, and that The State of Louisiana is a party in the Suit The United States Supreme Court has Origional Jurisdiction. I will file with SCOTUS as soon as I have a Case number issued by the Middle District Clerk of Court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/12/2025

Signature of Plaintiff

Printed Name of Plaintiff Chief 2 Eagles

### B. For Attorneys

Date of signing: ______________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address