# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHIEF 2 EAGLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-516-JWD-RLB** |
| **STATE OF LOUISIANA ADMINISTRATION OFFICE OF THE GOVERNOR, ET AL.** | |

*CONSOLIDATED WITH*

| | |
|---|---|
| **CHIEF 2 EAGLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-517-JWD-RLB** |
| **STATE OF LOUISIANA ADMINISTRATION OFFICE OF THE GOVERNOR, ET AL.** | |

*CONSOLIDATED WITH*

| | |
|---|---|
| **CHIEF 2 EAGLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-518-JWD-RLB** |
| **STATE OF LOUISIANA, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated August 21, 2025 (Doc. 18), to which no objections were filed,

**IT IS ORDERED** that all claims being brought by Chief 2 Eagles on behalf of the LA Choctaw or any other tribe or individual are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's personal claims will remain pending.

Signed in Baton Rouge, Louisiana, on September 30, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**