# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHIEF 2 EAGLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-516-JWD-RLB** |
| **STATE OF LOUISIANA ADMINISTRATION OFFICE OF THE GOVERNOR, ET AL.** | |

### *CONSOLIDATED WITH*

| | |
|---|---|
| **CHIEF 2 EAGLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-517-JWD-RLB** |
| **STATE OF LOUISIANA ADMINISTRATION OFFICE OF THE GOVERNOR, ET AL.** | |

### *CONSOLIDATED WITH*

| | |
|---|---|
| **CHIEF 2 EAGLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-518-JWD-RLB** |
| **STATE OF LOUISIANA, ET AL.** | |

## OPINION AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 27, 2026 (Doc. 38), to which no objection was filed;

IT IS ORDERED that the U.S. MARSHAL SHALL SERVE the original summons and complaint on the Louisiana Administration Office of the Governor, the Attorney General Liz Murrill, Jeff Williams, Tyler Bosworth, and Dixie Electric Membership Corporation[1] after Plaintiff sends the U.S. Marshals a completed U.S. MARSHALS FORM 285 for each defendant.

---

[1] Of note, Plaintiff has not filed summons regarding Dixie Electric Membership Corporation ("Dixie").

IT IS FURTHER ORDERED that Plaintiff's claims within the Amended Complaint (R. Doc. 30) are DISMISSED WITHOUT PREJUDICE; that the Clerk's Office SHALL STRIKE the Amended Complaint (R. Doc. 30); and that the Motion to Amend (R. Doc. 35) is DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on <u>May 14, 2026</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**